Waldron *v.* Bishop.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, VAN SYCKEL, DIXON, GARRISON, LIPPINCOTT, GUMMERE, LUDLOW, COLLINS, BOGERT, NIXON, HENDRICKSON, ADAMS, VREDENBURGH—14.

*For reversal*—None.

---

MARIA F. WALDRON, appellant,

*v.*

GARETTA BISHOP, respondent.

[Filed March 6th, 1899.]

On appeal from an order of the chancellor, whose opinion is reported in *Bishop* v. *Waldron, 11 Dick. Ch. Rep. 484.*

*Mr. John S. Voorhees,* for the appellant.

*Mr. Willard P. Voorhees,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons given in the opinion of the chancellor.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, VAN SYCKEL, DIXON, GARRISON, LIPPINCOTT, GUMMERE, LUDLOW, COLLINS, BOGERT, NIXON, HENDRICKSON, ADAMS, VREDENBURGH—14.

*For reversal*—None.